UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>　　Plaintiff,<br><br>v.<br><br>DALE BLAKE,<br>　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-11879-JLT<br>)<br>)<br>)<br>)<br>) |

### APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Plaintiff, Carol Blanchard, in the above-captioned matter hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the clerk enter default against the Defendant Dale Blake for failure to plead, answer or otherwise defend the action as required by said Rules, as shown on the attached Affidavit "A."

　　　　　　　　　　　　　　　　　　　　For the Plaintiff,
　　　　　　　　　　　　　　　　　　　　**Carol Blanchard, Executive Director**
　　　　　　　　　　　　　　　　　　　　**Of the Teamsters Union 25 Health**
　　　　　　　　　　　　　　　　　　　　**Services and Insurance Plan,**
　　　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　　　_/s/ Matthew E. Dwyer_
　　　　　　　　　　　　　　　　　　　　Matthew E. Dwyer, B.B.O.#139840
　　　　　　　　　　　　　　　　　　　　Dwyer, Duddy and Facklam, P.C.
　　　　　　　　　　　　　　　　　　　　Two Center Plaza, Suite 430
　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
Dated: 2/17/06　　　　　　　　　　　　　(617) 723-9777

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL BLANCHARD, EXECUTIVE DIRECTOR OF )
THE TEAMSTERS UNION 25 HEALTH SERVICES )
& INSURANCE PLAN, )
    Plaintiff, )
) C.A. No. 05-11879-JLT
v. )
)
DALE BLAKE, )
    Defendant. )

## AFFIDAVIT "A"

I, Matthew E. Dwyer, states as follows:

1. My name is Matthew E. Dwyer. I am associated with the law firm of Dwyer, Duddy and Facklam, which at all times material herein has been counsel of record to the Plaintiff in the above-captioned action.

2. An examination of the Court's on-line file and our office file in this action shows that the Defendant was served with a copy of the complaint on September 20, 2005 by leaving it at her last and usual place of abode and by mailing it by first class mail to that address. A copy of the Summons with Return of Service is attached hereto for the clerk's convenience.

3. More than twenty (20) days have elapsed since the date on which Defendant was served "in hand" with the summons and a copy of the complaint, excluding the date thereof.

4. The Defendant has failed to answer or otherwise defend Plaintiff's complaint, or serve a copy of any answer or other defense which it might have upon Dwyer, Duddy and Facklam, attorneys of record for the Plaintiff.

5. This affidavit is executed by the affiant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling Plaintiff to obtain an entry of default against the Defendant for its failure to answer or otherwise defend this action.

Dated: 2/17/06

Matthew E. Dwyer

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern    District of    Massachusetts

CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN

V.

DALE BLAKE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-11879 JLT**

TO: (Name and address of Defendant)

Dale Blake
363 Albany Street
Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dwyer, Duddy & Facklam
Two Center Plaza, Suite 430
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON    SEP 16 2005

CLERK    DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

October 7, 2005

I hereby certify and return that on 9/30/2005 at 6:30AM I served a true and attested copy of the Summons, Complaint and Cover Sheet, Category Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Dale Blake, , 362 Albany Street, Boston, MA 02118 and by mailing 1st class to the above address on 9/30/2005. Basic Service Fee ($30.00), T.C. District Court Fee ($5.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $51.00

Deputy Sheriff George Slyva

_____
Deputy Sheriff

---

(The remainder of the page contains an inverted AO 440 (Rev. 8/01) Summons in a Civil Action — RETURN OF SERVICE form, blank.)

**RETURN OF SERVICE**

Service of the Summons and complaint was made by me(1)    DATE

NAME OF SERVER (PRINT)    TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date    Signature of Server

_____
Address of Server

05022287-