## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __Carol Blanchard__ <br>     **Plaintiff** <br><br>     **V.** <br><br> __Dale Blake__ <br>     **Defendant** | **CIVIL ACTION** <br><br> **NO. 05-cv-11879 JLT** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Carol Blanchard,__ for an order of Default for failure of the Defendant, __Dale Blake__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __28th__ day of __February 2006__ .

                                                           SARAH A. THORNTON
                                                           CLERK OF COURT

                                        By:    __/s/ Kimberly M. Abaid__
                                                          **Deputy Clerk**

**Notice mailed to: All Counsel of Record**

(Default Notice.wpd - 3/7/2005)