UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>    Plaintiff,<br><br>v.<br><br>DALE BLAKE,<br>    Defendant. | Civil Action No.<br>05-11879-JLT |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the Plaintiff Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan.

 

For the Plaintiff,
**Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan,**
By her attorney,

_____
Brian P. Fox
BBO# 663927
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: March 30, 2006