UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>          Plaintiff,<br><br>v.<br><br>DALE BLAKE,<br>          Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-11879-JLT<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT

Tauro, D.J.

Defendant, Dale Blake, having failed to plead or otherwise defend in this action and its having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $2,099.78, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs and attorney fees in the sum of $2,505.00.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from the defendant, Dale Blake, the principal amount of $2,099.78 plus the plaintiff's incurred costs and attorney fees of $2,505.00 for a total judgment of $4,604.78 with interest as provided by law.

By the Court,

Dated: 4-4-06

_Zita Lovett_
Deputy Clerk

NOTE: The post judgment interest rate effective this date is 4.77 %.