UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                              CIVIL ACTION NO. 05-11879-JLT

To the United States Marshal for the District of Massachusetts or either of her Deputies and to the <u>Sheriff of Suffolk County, Massachusetts</u>, Special Process Server:

WHEREAS <u>Carol Blanchard, Executive Director of Teamsters Union 25 Health Services & Insurance Plan</u> has recovered judgment against <u>Dale Blake</u> on the <u>4th day of April, 2006</u>, for the sum of <u>$2,099.78</u>, debt or damage, and attorneys fees in the amount of <u>$2,505.00</u>, as to us appears of record, whereof this First Execution remains to be done.

WE COMMAND YOU, therefore, that the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of <u>$4,604.78</u>, in the whole, with interest thereon at the rate of 4.77% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at <u>Boston</u>, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this _____ day of _____, 20___.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: _____
Deputy Clerk